


| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Marilyn Richter<br>Phone: 212 788-0931<br>Fax: 212 788-0940 |

March 21, 2008

**HAND DELIVERY**
The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: *D.O. and H.O. on behalf of L.O. v. New York City Department of Education*
        08 CV 02024 (DAB)

Dear Judge Batts:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendant, New York City Department of Education, in the above-subject lawsuit. I hereby request that defendant have a thirty-day extension, from March 24, 2008 until April 23, 2008, to respond to the complaint. Plaintiffs' counsel consents to this extension. Further this is the first extension that defendant has sought.

    Thank you for this consideration.

                Sincerely,

                Marilyn Richter
                Assistant Corporation Counsel

cc: Gary Mayerson, Esq. (by fax and e-mail)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE